**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Charles S, Vernacchio                             CHAPTER 13
        Beverly A. Vernacchio
           Debtor(s)                                              BKY. NO. 20-10339 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee for American General Mortgage Loan Trust 2010-1 American General Mortgage Pass-Through Certificates, Series 2010-1 and index same on the master mailing list.

                                Respectfully submitted,



/s/ Mark A. Cronin
Mark Cronin
05 Dec 2023, 15:29:33, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322