United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10339-pmm |
| Charles S. Vernacchio | Chapter 13 |
| Beverly A. Vernacchio | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 02, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles S. Vernacchio, Beverly A. Vernacchio, 189 Goshen Road, Schwenksville, PA 19473-2201 |
| 14470294 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14454087 | | Capital One/walmart, 30285, Salt Lake City, UT 84130 |
| 14454094 | | Einstein Medical Center Montgomery, Lockbox #789742, PO Box 8500, Philadelphia, PA 19178-9742 |
| 14454095 | | Einstein Practice Plan, Inc., P.O. Box 780003, Philadelphia, PA 19178-0003 |
| 14454105 | | Suburban Community Hospital, PO Box 536605, Pittsburgh, PA 15253-5908 |
| 14653250 | + | U.S. BANK NATIONAL ASSOCIATION, C/O Alyk L Oflazian, Manley Deas & Kochalski LLC, 1555 Lakeshore Drive, Columbus, OH 43204-3825 |
| 14837097 | + | U.S. Bank National Association, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 02 2024 23:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2024 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14479794 | | Email/Text: ally@ebn.phinsolutions.com | May 02 2024 23:49:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14620342 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 02 2024 23:55:24 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14454080 | + | Email/Text: ally@ebn.phinsolutions.com | May 02 2024 23:49:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14473146 | | Email/PDF: bncnotices@becket-lee.com | May 03 2024 00:08:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14454081 | + | Email/PDF: bncnotices@becket-lee.com | May 03 2024 00:07:04 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14454082 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 02 2024 23:49:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14454083 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 02 2024 23:54:28 | Best Egg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 14462153 | + | Email/Text: BKPT@cfna.com | May 02 2024 23:49:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14454084 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2024 00:25:41 | Capital One, Attn: Bankruptcy, Po Box 30285, |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 14465162 | + | Email/PDF: ebn_ais@aisinfo.com | May 03 2024 00:06:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14465163 | + | Email/PDF: ebn_ais@aisinfo.com | May 02 2024 23:55:29 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14470294 | ^ | MEBN | May 02 2024 23:37:13 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14454088 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2024 00:07:20 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14488846 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2024 00:07:17 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14454089 | + | Email/Text: BKPT@cfna.com | May 02 2024 23:49:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14454090 | + | Email/PDF: creditonebknotifications@resurgent.com | May 03 2024 00:06:56 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14454092 | | Email/Text: mrdiscen@discover.com | May 02 2024 23:49:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14457444 | | Email/Text: mrdiscen@discover.com | May 02 2024 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14454096 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 02 2024 23:50:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14485086 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 02 2024 23:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14454097 | + | Email/Text: PBNCNotifications@peritusservices.com | May 02 2024 23:49:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14486612 | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2024 23:56:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14497612 | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2024 23:55:28 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14480573 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 02 2024 23:56:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14454099 | | Email/Text: ml-ebn@missionlane.com | May 02 2024 23:49:00 | Mission Lane/bsb, Po Box 105286, Atlanta, GA 30304 |
| 14454100 | | Email/Text: EBN@Mohela.com | May 02 2024 23:49:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14454098 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 02 2024 23:54:28 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14454102 | | Email/Text: nsm_bk_notices@mrcooper.com | May 02 2024 23:49:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 14454103 | + | Email/PDF: cbp@omf.com | May 02 2024 23:56:33 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14485511 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2024 23:55:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14454104 | + | Email/Text: lreed@medusind.com | May 02 2024 23:50:00 | Princeton Pathology Services, 5755 Hoover Blvd, Tampa, FL 33634-5340 |
| 14481798 | | Email/Text: bnc-quantum@quantum3group.com | May 02 2024 23:49:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14463594 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 02, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 02 2024 23:54:28 | Resurgent Capital Services as servicing agent for, Best Egg, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14454106 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 02 2024 23:54:26 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14485123 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2024 23:56:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14454107 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 02 2024 23:54:26 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14482538 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 02 2024 23:49:00 | U.S. BANK NATIONAL ASSOCIATION, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 14482356 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 02 2024 23:49:00 | U.S. BANK NATIONAL ASSOCIATION, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 14479758 | + | Email/Text: RASEBN@raslg.com | May 02 2024 23:49:00 | U.S. Bank National Association, C/O Andrea Betts, Esquire, 10700 Abbott's Bridge Road, Ste. 170, Duluth, GA 30097-8461 |
| 14836754 | ^ | MEBN | May 02 2024 23:37:09 | U.S. Bank National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14454108 | + | Email/Text: bnc-bluestem@quantum3group.com | May 02 2024 23:50:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14454085 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14454086 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14454091 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14454093 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14454101 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14733894 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2024         Signature:         /s/Gustava Winters

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: May 02, 2024 Form ID: 138OBJ Total Noticed: 50

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR AMERICAN GENERAL MORTGAGE LOAN TRUST 2010-1 AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2010-1 amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor U.S. Bank National Association amps@manleydeas.com |
| DAVID M. OFFEN | on behalf of Debtor Charles S. Vernacchio dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Beverly A. Vernacchio dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR AMERICAN GENERAL MORTGAGE LOAN TRUST 2010-1 AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2010-1 bkgroup@kmllawgroup.com |
| HAROLD N. KAPLAN | on behalf of Creditor U.S. Bank National Association hkaplan@rasnj.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR AMERICAN GENERAL MORTGAGE LOAN TRUST 2010-1 AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2010-1 mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Charles S. Vernacchio and Beverly A. Vernacchio

      Debtor(s)

Case No: 20−10339−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/2/24

60 − 58
Form 138OBJ