United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10339-pmm |
| Charles S. Vernacchio | Chapter 13 |
| Beverly A. Vernacchio | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 11, 2024 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles S. Vernacchio, Beverly A. Vernacchio, 189 Goshen Road, Schwenksville, PA 19473-2201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 12 2024 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2024 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 13, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | |
| | on behalf of Creditor U.S. Bank National Association amps@manleydeas.com |
| ALYK L OFLAZIAN | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 11, 2024 | Form ID: 138FIN | Total Noticed: 3 |

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR AMERICAN GENERAL MORTGAGE LOAN TRUST 2010-1 AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2010-1 amps@manleydeas.com

DAVID M. OFFEN

on behalf of Debtor Charles S. Vernacchio dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN

on behalf of Joint Debtor Beverly A. Vernacchio dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR AMERICAN GENERAL MORTGAGE LOAN TRUST 2010-1 AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2010-1 bkgroup@kmllawgroup.com

HAROLD N. KAPLAN

on behalf of Creditor U.S. Bank National Association hkaplan@rasnj.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELLE L. MCGOWAN

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR AMERICAN GENERAL MORTGAGE LOAN TRUST 2010-1 AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2010-1 mimcgowan@raslg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

Form 138FIN (6/24)−doc 67 − 59

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Charles S. Vernacchio | ) | Case No. 20−10339−pmm |
| | ) | |
| | ) | |
|    Beverly A. Vernacchio | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

             Eastern District of Pennsylvania
             900 Market Street
             Suite 400
             Philadelphia, PA 19107

   In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: July 11, 2024                                                                                         For The Court

                                                                                                                Timothy B. McGrath
                                                                                                                Clerk of Court