United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Charles S. Vernacchio

Beverly A. Vernacchio

     Debtors

Case No. 20-10339-pmm

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: admin           Page 1 of 2

Date Rcvd: Aug 13, 2024           Form ID: 195           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

**Recip ID**           **Recipient Name and Address**
db/jdb            + Charles S. Vernacchio, Beverly A. Vernacchio, 189 Goshen Road, Schwenksville, PA 19473-2201

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:**

**Name**           **Email Address**

ALYK L OFLAZIAN

          on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR AMERICAN GENERAL MORTGAGE LOAN TRUST 2010-1 AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2010-1 amps@manleydeas.com

ALYK L OFLAZIAN

          on behalf of Creditor U.S. Bank National Association amps@manleydeas.com

DAVID M. OFFEN

          on behalf of Debtor Charles S. Vernacchio dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN

          on behalf of Joint Debtor Beverly A. Vernacchio dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

District/off: 0313-2    User: admin    Page 2 of 2

Date Rcvd: Aug 13, 2024    Form ID: 195    Total Noticed: 1

DENISE ELIZABETH CARLON

> on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR AMERICAN GENERAL MORTGAGE
> LOAN TRUST 2010-1 AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2010-1
> bkgroup@kmllawgroup.com

HAROLD N. KAPLAN

> on behalf of Creditor U.S. Bank National Association hkaplan@rasnj.com

KENNETH E. WEST

> ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELLE L. MCGOWAN

> on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR AMERICAN GENERAL MORTGAGE
> LOAN TRUST 2010-1 AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2010-1
> mimcgowan@raslg.com

United States Trustee

> USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                               : Chapter 13

Charles S. Vernacchio and Beverly A. Vernacchio        : Case No. 20–10339–pmm
      Debtor(s)

### *ORDER*
_____

AND NOW, this day , August 13, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court


69
Form 195